*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

In re RANDALL/HURKES, Minors.

UNPUBLISHED
February 5, 2019

Nos. 342097, 345680
Macomb Circuit Court
Family Division
LC No.   2013-000343-NA;
2014-000054-NA;
2017-000198-NA

AFTER REMAND

Before:  STEPHENS, P.J., and SHAPIRO and GADOLA, JJ.

PER CURIAM.

This case returns to us following a remand to the trial court.  The facts of the case were set out in our prior opinion,[1] in which we affirmed the trial court's finding that there was a statutory basis to terminate respondent's parental rights as to each of her minor children. However, we remanded for the trial court to make findings concerning the children's best interests.  On remand, the trial court reviewed the evidence with care and explicitly considered appropriate best-interest factors, including the existence and nature of the bond between respondent and each child, respondent's parenting ability, her compliance with the treatment plan, quality of visitation, and the children's need for permanency.  See *In re White*, 303 Mich App 701, 713-714; 846 NW2d 61 (2014).  We find no clear error in the court's conclusion that it was in each child's best interests to terminate respondent's parental rights.[2]

---

[1] *In re Randall/Hurkes Minors*, unpublished per curiam opinion of the Court of Appeals, issued July 31, 2018 (Docket No. 342097).

[2] We review the trial court's best-interest determinations for clear error.  *In re Jones*, 286 Mich App 126, 129; 777 NW2d 728 (2009).

Accordingly, we affirm.

/s/ Cynthia Diane Stephens
/s/ Douglas B. Shapiro
/s/ Michael F. Gadola